# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156869(47)

LINDA BASS,

　　　　　Plaintiff-Appellee,

v

KEVIN J. PETERS and SERAFINI
MICHALOWSKI DERKACZ & ASSOCIATES,
PC,

　　　　　Defendants-Appellants.

_____/

SC: 156869
COA: 332217
Oakland CC: 2015-150655-NM

　　　　On order of the Chief Justice, the second motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before February 22, 2018. No further extensions will be granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2018



Clerk